NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1158, -1164

AUTOMATED MERCHANDISING SYSTEMS, INC.,

Plaintiff-Cross Appellant,

v.

CRANE CO.,

Defendant-Appellant,

and

SEAGA MANUFACTURING, INC.,

Defendant-Appellee.

Appeals from the United States District Court for the Northern District of West Virginia in case no. 3:08-CV-97, Chief Judge John Preston Bailey.

ON MOTION

ORDER

Upon consideration of Seaga Manufacturing, Inc.'s motion for leave to file its brief in response to the cross-appellant's brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 14 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    James D. Berquist, Esq.
       Jamil N. Alibhai, Esq.
       David G. Hanson, Esq.
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 14 2009

JAN HORBALY
CLERK